# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-01284-CJC(MLGx) | Date | June 16, 2010 |
|---|---|---|---|
| Title | Doyle Fowler v. J. Mark Heldenbrand, PC | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

      The Court hereby orders defendant to show cause in writing no later than June 28, 2010 why sanctions should not be imposed for failure to file a pro hac vice application along with the $185.00 pro hac vice appearance fee.  As an alternative to a written response by defendant, the Court will consider the filing of a pro hac vice application and payment of the appearance fee as a response to this Order to show cause, on or before the above date.

      No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading on or before the date upon which a response by defendant is due.

          : 0

Initials of Preparer    mu