JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DOYLE FOWLER, | Case No.: 8:09-cv-01284 CJC (MLGx) |
| Plaintiff, | |
| v. | **AMENDED [PROPOSED] ORDER OF JUDGMENT** |
| LAW OFFICE OF J. MARK HELDENBRAND, PC, | |
| Defendant. | |

Plaintiff filed notice of his acceptance of Defendant's Rule 68 Offer of Judgment in this matter. Defendant's Offer of Judgment provided $2,001.00 to Plaintiff plus court costs and reasonable attorneys' fees. The parties have resolved the issue of reasonable attorneys' fees and costs at $4,500.00. Further, Defendant has agreed to satisfy said judgment by making 6 monthly payments of $1,083.50 to Plaintiff with payments to take place on the last day of each month, starting January 31, 2011.

Accordingly, Judgment is hereby entered in favor of Plaintiff in the sum of $2,001.00 in damages in addition to court costs and reasonable attorneys' fees in the sum of $4,500.00.

**IT IS SO ORDERED.**

**Date: 2/7/11**            **By:** _____

**Hon. United States District Court Judge**